# In the United States Court of Federal Claims

| | |
|---|---|
| **ENGILITY LLC,** | |
| Plaintiff, | |
| v. | No. 17-632C<br>Filed: October 30, 2017 |
| **UNITED STATES,** | |
| Defendant. | |

## O R D E R

The court is in receipt of the parties' October 30, 2017 joint stipulation of dismissal without prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED** without prejudice, with each party to bear its own costs, attorney fees, and expenses. In the event plaintiff refiles an appeal of its claim in this court, the filing fee shall be waived.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
    **Judge**